# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**HUMAN RIGHTS DEFENSE CENTER**,

    1028 N. Federal Highway
    Lake Worth Beach, FL 33460

        *Plaintiff*,

        v.

**U.S. SECRET SERVICE**,

    245 Murray Ln SW - Bldg T-5
    Washington, DC 20223

and

**EXECUTIVE OFFICE FOR U.S. ATTORNEYS**

    United States Department of Justice
    950 Pennsylvania Ave. NW, Rm 2242
    Washington, DC 20530-0001

        *Defendants*.

Civil Action No.

## COMPLAINT

1. This lawsuit is an action under the Freedom of Information Act, 5 U.S.C. §552, *et seq*., seeking production of records responsive to requests submitted by the Human Rights Defense Center to the United States Secret Service.

### Jurisdiction and Venue

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendants under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201(a), and 2202.

3. Venue is appropriate in this Court under 5 U.S.C. §(a)(4)(B) and 28 U.S.C. §1391.

## Parties

4. Plaintiff Human Rights Defense Center (HRDC) is a nonprofit charitable organization incorporated in the state of Washington, with a principal office in Lake Worth Beach, Florida.

5. Defendant United States Secret Service is component of the Department of Homeland Security and an agency under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 701.

6. Defendant Executive Office for United States Attorneys (EOUSA) is part of the Department of Justice and an agency under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 701.

## Facts

### Human Rights Defense Center's Background and Mission

7. HRDC (previously named Prison Legal News) has spent the last thirty years dedicated to public education, prisoner education, advocacy, and outreach to support the rights of prisoners and to further basic human rights.

8. To accomplish its mission, HRDC gathers information from governmental entities around the country and publishes the information in its journals and on its websites.

9. HRDC publishes and distributes books, magazines, and other information containing news and analysis about prisons, jails, and other detention facilities, prisoners' rights, court rulings, management of prison facilities, prison conditions, and other matters about the rights and interests of incarcerated individuals.

10. HRDC publishes two magazines: *Prison Legal News* (*PLN*) and *Criminal Legal News* (*CLN*).

11. *PLN* is a legal journal that reports news and litigation about carceral facilities. *PLN* has published monthly since 1990 and has thousands of subscribers in all 50 states. Based on reader survey results, the estimated actual readership is about ten times that number. *PLN* also maintains a website that receives around 300,000 visitors per month.

12. *CLN* is a legal journal launched in 2017. *CLN* reports on criminal law decisions from the state and federal systems, focusing on legal developments affecting the fact and duration of confinement. *CLN* also covers civil rights litigation against police, prosecutors, and court systems.

13. Through its publishing arm, HRDC also publishes books about the criminal justice system and legal issues affected prisoners.

### The United States Secret Service

14. The Secret Service is a component of the United States Department of Homeland Security, with a dual mission of protection and financial investigation.

15. It has more than 150 offices and more than 7,000 special agents.

### The Executive Office for United States Attorneys

16. EOUSA provides executive and administrative support for the U.S. Attorneys and responds to FOIA requests on behalf of the Offices of the U.S. Attorneys.

### Request at Issue

17. On May 20, 2019, HRDC sent the Secret Service a FOIA request for records of litigation against it.

18. The FOIA request sought records related to claims brought against the Secret Service and its employees since January 1, 2010 where the claim was resolved for more than $1,000.

19. Specifically, for each described litigation or pre-litigation claim, HRDC requested the complaint or claim form and the verdict, judgment, or settlement that resolved the matter.

20. As a member of the news media, HRDC also requested a fee waiver.

21. On March 17, 2020, the Secret Service responded with 4 pages of documents, two litigation summary reports and a letter regarding a payment for an automobile accident.

22. On March 20, 2020, HRDC administratively appealed the FOIA response, based upon a failure to do an adequate search, as demonstrated by the paltry release.

23. For reference, HRDC included a spreadsheet of payments recorded in the United States Treasury Judgment Fund website, which listed 73 cases that would meet HRDC's criteria by agency file number, control number, and date, among other descriptive information.

24. On information and belief, the data in the Judgment Fund website is only a partial list of potentially responsive documents.

25. On November 17, 2020, the Secret Service responded to the appeal. The letter stated that it had referred some responsive records to the EOUSA to evaluate for potential

release. It also stated that with the information provided in the appeal the agency was only able to identify four more cases, all of which had been referred to the EOUSA.

26. On November 18, 2020, HRDC received a 6-page complaint for one case from the EOUSA, which indicated that it was a full release of material that had been referred from the Secret Service for review in response to the original FOIA request.

27. HRDC has received no further communication from either the Secret Service directly or the EOUSA.

## HRDC's Claim for Relief

28. HRDC incorporates paragraphs 1 – 27 by reference.

29. The Secret Service and the EOUSA wrongly withheld documents responsive to HRDC's properly submitted FOIA request.

30. HRDC has a statutory right to the records it seeks, and there is no basis for either agency to withhold them.

31. As a result, by failing to release the records specifically requested by HRDC, the agencies have violated FOIA.

## Requested Relief

HRDC therefore respectfully requests that this Court:

1.  Declare that the records sought by HRDC are subject to FOIA,

2.  Order the Defendants to disclose the requested records without a fee,

3.  Award costs and attorneys' fees under 5 U.S.C. § 552 (a)(4)(E), and

4.  Grant any other relief that the Court considers just and proper.

Respectfully submitted,

    */s/ Deborah M. Golden*    
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C.  20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

*Counsel for Plaintiff*


Dated: August 30, 2021